A CERTIFIED TRUE COPY
DEC 22 2005
ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 DEC 23 AM 11:21

LORETTA G. WHYTE
CLERK

DOCKET NO. 1657

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC - 6 2005

FILED
CLERK'S OFFICE

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION*

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-34)

On February 16, 2005, the Panel transferred 138 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 2,517 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of February 16, 2005, 360 F.Supp.2d 1352 (J.P.M.L. 2005), and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

DEC 2 2 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

CLERK'S OFFICE
A TRUE COPY
DEC 28 2005
Deputy Clerk, U.S. District Court
Eastern District of Louisiana
New Orleans, LA

___ Fee _____
___ Process _____
X  Dktd _____
___ CtRmDep _____
___ Doc. No. 2416

## SCHEDULE CTO-34 - TAG-ALONG ACTIONS
## DOCKET NO. 1657
## IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC. L/3 |
|---|---|---|
| **ALABAMA SOUTHERN** | | |
| ALS  1  05-626 | Bettie Cassel v. Merck & Co., Inc. | 05-6692 |
| **ARKANSAS WESTERN** | | |
| ARW  6  05-6078 | John Gray, etc. v. Merck & Co., Inc. | 05-6693 |
| **ARIZONA** | | |
| AZ  3  05-3600 | Thomas Bruno v. Merck & Co., Inc. | 05-6694 |
| **CALIFORNIA CENTRAL** | | |
| CAC  2  05-7910 | Miron A. Costin, et al. v. Merck & Co., Inc. | 05-6695 |
| **CALIFORNIA EASTERN** | | |
| CAE  2  05-2199 | Bryce Reeve v. Merck & Co., Inc. | 05-6696 |
| CAE  2  05-2203 | Clara Puma v. Merck & Co., Inc., et al. | 05-6697 |
| ~~CAE  2  05-2218~~ | ~~Vance Skillsky v. Merck & Co., Inc., et al.~~ Opposed 12/20/05 | |
| ~~CAE  2  05-2267~~ | ~~Clayton Welch v. Merck & Co., Inc., et al.~~ Opposed 12/20/05 | |
| **CALIFORNIA NORTHERN** | | |
| CAN  3  05-4718 | Elvira Casale v. Merck & Co., Inc., et al. | 05-6798 |
| **CONNECTICUT** | | |
| CT  3  05-1643 | Robert Macher v. Merck & Co., Inc. | 05-6699 |
| **FLORIDA MIDDLE** | | |
| FLM  3  05-1143 | Dolores Anderson v. Merck & Co., Inc. | 05-6700 |
| FLM  3  05-1144 | Truett George, et al. v. Merck & Co., Inc., et al. | 05-6701 |
| FLM  3  05-1145 | Laura Dellamonica v. Merck & Co., Inc. | 05-6702 |
| FLM  3  05-1147 | Marcia Pitts v. Merck & Co., Inc. | 05-6703 |
| FLM  5  05-469 | Edwin Linhart v. Merck & Co., Inc., et al. | 05-6704 |
| FLM  8  05-2109 | Warren Monberg v. Merck & Co., Inc., et al. | 05-6705 |
| FLM  8  05-2116 | Thomas Cesarski v. Merck & Co. Inc., et al. | 05-6706 |
| FLM  8  05-2117 | Albert Hassan v. Merck & Co., Inc., et al. | 05-6707 |
| FLM  8  05-2118 | Ronald Timpanaro v. Merck & Co., Inc., et al. | 05-6708 |
| **FLORIDA SOUTHERN** | | |
| FLS  0  05-61705 | Thomas Schulkind, et al. v. Merck & Co., Inc. | 05-6709 |
| FLS  1  05-22878 | Roxanne De Los Reyes, et al. v. Merck & Co., Inc. | 05-6710 |
| FLS  1  05-22879 | Maria Roman v. Merck & Co., Inc. | 05-6711 |
| FLS  1  05-22891 | Anne Greggains v. Merck & Co., Inc. | 05-6712 |
| FLS  4  05-10115 | Ronald Finkelstein v. Merck & Co., Inc. | 05-6713 |
| **GEORGIA MIDDLE** | | |
| GAM  4  05-123 | Lurlene Perry v. Merck & Co., Inc. | 05-6714 |
| **IOWA NORTHERN** | | |
| IAN  5  05-4135 | Bradley Rowe, et al. v Merck & Co., Inc. | 05-6715 |

SCHEDULE CTO-34 TAG-ALONG ACTIONS (MDL-1657)

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC. L/3 |
|---|---|---|
| **KENTUCKY WESTERN** | | |
| ~~KYW 1 05-175~~ | ~~James L. Bragg, Jr., etc. v. Merck & Co., Inc., et al.~~ Opposed 12/21/05 | |
| KYW 3 05-597 | Ronald Campbell v. Hardin County Kentucky, et al. | 05-6716 |
| ~~KYW 3 05-645~~ | ~~Jeffrey Joyce v. Merck & Co., Inc.~~ Opposed 12/21/05 | |
| ~~KYW 3 05-657~~ | ~~Isabella B. Cummings, et al. v. Merck & Co., Inc.~~ Opposed 12/21/05 | |
| ~~KYW 3 05-662~~ | ~~Barbara Keeling v. Merck & Co., Inc.~~ Opposed 12/21/05 | |
| ~~KYW 3 05-679~~ | ~~Daniel Gill v. Merck & Co., Inc., et al.~~ Opposed 12/21/05 | |
| ~~KYW 3 05-684~~ | ~~Onna James, et al. v. Merck & Co., Inc., et al.~~ Opposed 12/21/05 | |
| ~~KYW 3 05-686~~ | ~~Garlin Cupp, et al. v. Merck & Co., Inc., et al.~~ Opposed 12/21/05 | |
| ~~KYW 3 05-692~~ | ~~Martha Sue Taylor v. Merck & Co., Inc., et al.~~ Opposed 12/21/05 | |
| ~~KYW 3 05-693~~ | ~~Sarah E. Nichols, etc. v. Merck & Co., Inc., et al.~~ Opposed 12/21/05 | |
| ~~KYW 3 05-694~~ | ~~William Mohon, et al. v. Merck & Co., Inc., et al.~~ Opposed 12/21/05 | |
| ~~KYW 3 05-695~~ | ~~Scarlett Macy, etc. v. Merck & Co., Inc., et al.~~ Opposed 12/21/05 | |
| ~~KYW 3 05-696~~ | ~~Shannon M. Age, et al. v. Merck & Co., Inc., et al.~~ Opposed 12/21/05 | |
| ~~KYW 3 05-711~~ | ~~Faye Byers, et al. v. Merck & Co., Inc.~~ Opposed 12/21/05 | |
| ~~KYW 3 05-712~~ | ~~Dora Gorman, et al. v. Merck & Co., Inc., et al.~~ Opposed 12/21/05 | |
| ~~KYW 3 05-713~~ | ~~Cleo D. Gilbert, et al. v. Merck & Co., Inc.~~ Opposed 12/21/05 | |
| ~~KYW 3 05-714~~ | ~~Lorenia Henson, etc. v. Merck & Co., Inc.~~ Opposed 12/21/05 | |
| ~~KYW 3 05-715~~ | ~~Darrell G. Moore, et al. v. Merck & Co., Inc.~~ Opposed 12/21/05 | |
| ~~KYW 3 05-717~~ | ~~Billy Joe Logsdon, et al. v. Merck & Co., Inc., et al.~~ Opposed 12/21/05 | |
| ~~KYW 3 05-718~~ | ~~Kathryn O'Neill v. Merck & Co., Inc., et al.~~ Opposed 12/21/05 | |
| ~~KYW 3 05-719~~ | ~~Paul E. Mangeot, et al. v. Merck & Co., Inc.~~ Opposed 12/21/05 | |
| ~~KYW 3 05-724~~ | ~~Millard T. Shepherd v. Merck & Co., Inc.~~ Opposed 12/21/05 | |
| ~~KYW 3 05-729~~ | ~~Luther B. Yount, Jr., et al. v. Merck & Co., Inc., et al.~~ Opposed 12/21/05 | |
| KYW 5 05-211 | Carroll Gene Dorroh v. Merck & Co., Inc. | 05-6717 |
| ~~KYW 5 05-212~~ | ~~Wanda Sue Parker, et al. v. Merck & Co., Inc., et al.~~ Opposed 12/21/05 | |
| **LOUISIANA MIDDLE** | | |
| LAM 3 05-1292 | Crystal Wright, et al. v. Merck & Co., Inc. | 05-6718 |
| **LOUISIANA WESTERN** | | |
| LAW 1 05-1669 | L.C. Wiley, et al. v. Merck & Co., Inc., et al. | 05-6719 |
| LAW 2 05-1768 | Michael Breaux v. Merck & Co., Inc. | 05-6720 |
| LAW 2 05-1771 | Robert Berard v. Merck & Co., Inc. | 05-6721 |
| LAW 2 05-1772 | Howard Fontenot v. Merck & Co., Inc. | 05-6722 |
| LAW 2 05-1773 | Bryan Harper v. Merck & Co., Inc. | 05-6723 |
| LAW 2 05-1774 | James Hooper, Jr. v. Merck & Co., Inc. | 05-6724 |
| LAW 2 05-1847 | Donna Seaton v. Merck & Co., Inc. | 05-6725 |
| LAW 5 05-1870 | Halvor Peterson v. Merck & Co., Inc., et al. | 05-6726 |
| LAW 6 05-1368 | William Lee Melancon, Sr., et al. v. Merck & Co., Inc. | 05-6727 |
| **MARYLAND** | | |
| MD 1 05-2625 | Lisa Matthews, et al. v. Merck & Co., Inc. | 05-6728 |
| MD 1 05-3027 | Annie M. Sullivan v. Merck & Co., Inc. | 05-6729 |
| **MINNESOTA** | | |
| MN 0 05-2377 | Paula Crouch, etc. v. Merck & Co., Inc. | 05-6730 |
| MN 0 05-2478 | Rebecca J. Kegler v. Merck & Co., Inc. | 05-6731 |
| MN 0 05-2601 | Karen Langness, et al. v. Merck & Co. | 05-6732 |
| MN 0 05-2668 | Gary L. Kober v. Merck & Co., Inc. | 05-6733 |
| **MISSOURI EASTERN** | | |
| ~~MOE 4 05-1944~~ | ~~James Coleman v. Merck & Co., Inc.~~ Opposed 12/20/05 | |
| ~~MOE 4 05-1945~~ | ~~Robert Ruzicka, et al. v. Merck & Co., Inc.~~ Opposed 12/20/05 | |
| ~~MOE 4 05-1977~~ | ~~Roy Lacey, et al. v. Merck & Co., Inc., et al.~~ Opposed 12/22/05 | |
| MOE 4 05-1978 | Wayne Lyons, et al. v. Merck & Co., Inc., et al. | 05-6734 |
| MOE 4 05-1985 | Russel Curtis, et al. v. Merck & Co., Inc. | 05-6735 |

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC. L/3 |
|---|---|---|
| MOE 4 05-1986 | Zelmar Bond v. Merck & Co., Inc. | 05-6736 |
| MOE 4 05-2001 | Wanda Patterson v. Merck & Co., Inc. | 05-6737 |
| MOE 4 05-2031 | Virginia Whitton, etc. v. Merck & Co., Inc. | 05-6738 |
| MOE 4 05-2033 | Linda Sue Lewis, et al. v. Merck & Co., Inc., et al. | 05-6739 |
| MOE 4 05-2041 | Gene Warmann v. Merck & Co., Inc., et al. | 05-6740 |
| ~~MOE 4 05-2046~~ | ~~Brian Lawson, et al. v. Merck & Co., Inc., et al.~~ Opposed 12/22/05 | |
| MOE 4 05-2054 | Darrell Hunt v. Merck & Co., Inc., et al. | 05-6741 |
| MOE 4 05-2118 | Cheryl Wolff v. Merck & Co., Inc. | 05-6742 |
| MOE 4 05-2159 | Joyce Kern v. Merck & Co., Inc. | 05-6743 |
| MOE 4 05-2160 | Jack Levitt v. Merck & Co., Inc. | 05-6744 |
| MOE 4 05-2166 | Pearlie Lindsey v. Merck Co., Inc. | 05-6745 |
| **MISSOURI WESTERN** | | |
| MOW 4 05-1090 | Robert Wiese, etc. v. Merck & Co., Inc. | 05-6746 |
| MOW 4 05-1116 | Maurice Logan v. Merck & Co., Inc. | 05-6747 |
| MOW 4 05-1117 | James M. Howerter, et al. v. Merck & Co., Inc. | 05-6748 |
| MOW 6 05-3538 | Lora Ann Creson v. Merck & Co., Inc., et al. | 05-6749 |
| **MISSISSIPPI NORTHERN** | | |
| MSN 2 05-231 | Caroline Paris v. Merck & Co., Inc., et al. | 05-6750 |
| MSN 2 05-232 | Lionel James v. Merck & Co., Inc., et al. | 05-6751 |
| MSN 2 05-233 | Tekonsa Green v. Merck & Co., Inc., et al. | 05-6752 |
| MSN 4 05-253 | Charlene Meeks v. Merck & Co., Inc., et al. | 05-6753 |
| MSN 4 05-255 | Willie Bee v. Merck & Co., Inc., et al. | 05-6754 |
| **MISSISSIPPI SOUTHERN** | | |
| MSS 3 05-666 | Jim Hood, ex rel. v. Merck & Co., Inc. | 05-6755 |
| MSS 3 05-687 | Charity Kelly v. Merck & Co., Inc., et al. | 05-6756 |
| **NEW MEXICO** | | |
| NM 2 05-1095 | Rex Allen v. Merck & Co., Inc. | 05-6757 |
| **NEW YORK EASTERN** | | |
| NYE 1 05-5113 | Walter Sagel, et al. v. Merck & Co., Inc. | 05-6758 |
| NYE 1 05-5151 | Richard Edgar v. Merck & Co., Inc. | 05-6759 |
| NYE 1 05-5306 | Lewis Warren, et al. v. Merck & Co., Inc. | 05-6760 |
| **NEW YORK SOUTHERN** | | |
| ~~NYS 1 05-9313~~ | ~~Mary Bainum, et al. v. Merck & Co., Inc.~~ Opposed 12/22/05 | |
| ~~NYS 1 05-9383~~ | ~~Jose Rivera, etc. v. Merck & Co., Inc., et al.~~ Opposed 12/21/05 | |
| NYS 1 05-9534 | Amanda Evans, etc. v. Merck & Co., Inc. | 05-6761 |
| **OHIO NORTHERN** | | |
| ~~OHN 1 05-2547~~ | ~~William Jeffries, et al. v. Merck & Co., Inc., et al.~~ Opposed 12/21/05 | |
| OHN 1 05-2586 | Joane Johnson, etc. v. Merck & Co., Inc. | 05-6762 |
| OHN 1 05-2663 | Carrie Moore, etc. v. Merck & Co., Inc. | 05-6763 |
| **OHIO SOUTHERN** | | |
| ~~OHS 1 05-705~~ | ~~Frederick McNamara, et al. v. Merck & Co., Inc., et al.~~ Vacated 12/21/05 | |
| **OKLAHOMA EASTERN** | | |
| OKE 6 05-438 | Heather King, etc. v. Merck & Co., Inc. | 05-6764 |
| OKE 6 05-439 | Ronna Napier, etc. v. Merck & Co., Inc. | 05-6765 |
| **OKLAHOMA WESTERN** | | |
| OKW 5 05-1265 | Francis Anderson v. Merck & Co., Inc., et al. | 05-6766 |
| OKW 5 05-1308 | David M. Jones, et al. v. Merck & Co., Inc., et al. | 05-6767 |

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC. L/3 |
|---|---|---|
| **OREGON** | | |
| OR 3 05-1654 | Marilyn Blatter v. Merck & Co., Inc. | 05-6768 |
| OR 3 05-1709 | James A. Boullet v. Merck & Co., Inc. | 05-6769 |
| OR 6 05-1701 | Dolores Syverson, et al. v. Merck & Co., Inc. | 05-6770 |
| **PENNSYLVANIA EASTERN** | | |
| PAE 2 05-5289 | Janice M. Richardson, et al. v. Merck & Co., Inc., et al. | 05-6771 |
| PAE 2 05-5679 | William Allen v. Merck & Co., Inc., et al. | 05-6772 |
| PAE 2 05-5975 | Greg Rhineer, etc v. Merck & Co., Inc., et al. | 05-6773 |
| PAE 2 05-6030 | Russell Beach, et al. v. Merck & Co., Inc. | 05-6774 |
| **PENNSYLVANIA MIDDLE** | | |
| PAM 1 05-2311 | Stanley Bethea v. Merck & Co., Inc. | 05-6775 |
| **TENNESSEE EASTERN** | | |
| ~~TNE 1 05-306~~ | ~~James E. Queen, et al. v. Merck & Co., Inc., et al.~~ Opposed 12/20/05 | |
| TNE 2 05-292 | George Sklenicka v. Merck & Co., Inc. | 05-6776 |
| TNE 3 05-520 | Theadore Trohanowski v. Merck & Co., Inc. | 05-6777 |
| TNE 3 05-521 | Robert Vineyard v. Merck & Co., Inc. | 05-6778 |
| **TENNESSEE MIDDLE** | | |
| TNM 2 05-117 | Mildred Clark, etc. v. Merck & Co., Inc. | 05-6779 |
| TNM 3 05-884 | Randal C. Childress v. Merck & Co., Inc. | 05-6780 |
| TNM 3 05-885 | Pansy M. Nash v. Merck & Co., Inc. | 05-6781 |
| TNM 3 05-886 | Charlotte L. Johnson v. Merck & Co., Inc. | 05-6782 |
| TNM 3 05-887 | Deborah D. Todd, et al. v. Merck & Co., Inc. | 05-6783 |
| TNM 3 05-888 | Vivian Yvonne Jordan v. Merck & Co., Inc. | 05-6784 |
| TNM 3 05-889 | Francisco Negron v. Merck & Co., Inc. | 05-6785 |
| TNM 3 05-890 | Jeffrey R. Hein v. Merck & Co., Inc. | 05-6786 |
| TNM 3 05-891 | Roy L. Miller v. Merck & Co., Inc. | 05-6787 |
| TNM 3 05-892 | Geneva B. Bledsoe v. Merck & Co., Inc. | 05-6788 |
| TNM 3 05-893 | Connie J. Thedford v. Merck & Co., Inc. | 05-6789 |
| TNM 3 05-894 | Joyce A. Odom v. Merck & Co., Inc. | 05-6790 |
| TNM 3 05-895 | Terry R. Staggs v. Merck & Co., Inc. | 05-6791 |
| TNM 3 05-898 | Carolyn C. Long v. Merck & Co., Inc. | 05-6792 |
| TNM 3 05-899 | Eddean Blackwood v. Merck & Co., Inc. | 05-6793 |
| TNM 3 05-900 | Patricia R. Ochs v. Merck & Co., Inc. | 05-6794 |
| TNM 3 05-901 | William S. Rogers v. Merck & Co., Inc. | 05-6795 |
| TNM 3 05-902 | Glenn Galyon v. Merck & Co., Inc. | 05-6796 |
| TNM 3 05-903 | Joe D. Wooden v. Merck & Co., Inc. | 05-6797 |
| TNM 3 05-905 | Janice K. Nichols v. Merck & Co., Inc. | 05-6798 |
| TNM 3 05-906 | Susie R. Mallory, et al. v. Merck & Co., Inc. | 05-6799 |
| TNM 3 05-907 | Magaly H. Arcia v. Merck & Co., Inc. | 05-6800 |
| TNM 3 05-908 | Thurman Williams v. Merck & Co., Inc. | 05-6801 |
| TNM 3 05-909 | Sarah Prince v. Merck & Co., Inc. | 05-6802 |
| TNM 3 05-910 | Ralph D. Tropeano v. Merck & Co., Inc. | 05-6803 |
| TNM 3 05-911 | Roy F. Cantrell v. Merck & Co., Inc. | 05-6804 |
| TNM 3 05-912 | Ruthie M. Hayes v. Merck & Co., Inc. | 05-6805 |
| TNM 3 05-914 | Dorothy M. Crum v. Merck & Co., Inc. | 05-6806 |
| TNM 3 05-915 | Roxie Lacy v. Merck & Co., Inc. | 05-6807 |
| TNM 3 05-916 | Mary L. Hopper v. Merck & Co., Inc. | 05-6808 |
| TNM 3 05-917 | Frances C. Hitchcock v. Merck & Co., Inc. | 05-6809 |
| TNM 3 05-918 | Evelyln D. Arnold v. Merck & Co., Inc. | 05-6810 |
| TNM 3 05-919 | Johnny W. Barrett v. Merck & Co., Inc. | 05-6811 |
| TNM 3 05-920 | Virginia Reno v. Merck & Co., Inc. | 05-6812 |
| TNM 3 05-921 | Michael B. Cooper v. Merck & Co., Inc. | 05-6813 |
| TNM 3 05-922 | Georgia M. Savage v. Merck & Co., Inc. | 05-6814 |

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC. L/3 |
|---|---|---|
| TNM 3 05-923 | Audra Brown v. Merck & Co., Inc. | 05-6815 |
| TNM 3 05-924 | Willie B. Guess v. Merck & Co., Inc. | 05-6816 |
| TNM 3 05-925 | Velera Norfleet v. Merck & Co., Inc. | 05-6817 |
| TNM 3 05-926 | Margaret A. Tolliver v. Merck & Co., Inc. | 05-6818 |
| TNM 3 05-929 | Audrey L. Rice v. Merck & Co., Inc. | 05-6819 |
| TNM 3 05-930 | Grover M. Cleveland v. Merck & Co., Inc. | 05-6820 |
| TNM 3 05-931 | Janice Kilgore, et al. v. Merck & Co., Inc. | 05-6821 |
| TNM 3 05-932 | Edward Ellis, etc. v. Merck & Co., Inc. | 05-6822 |
| TNM 3 05-937 | Shelby J. Crabtree v. Merck & Co., Inc. | 05-6823 |
| TNM 3 05-938 | Greta I. Macpherson v. Merck & Co., Inc. | 05-6824 |
| TNM 3 05-939 | Leroy S. Andrews v. Merck & Co., Inc. | 05-6825 |
| TNM 3 05-940 | Janene Pennel v. Merck & Co., Inc. | 05-6826 |
| TNM 3 05-941 | Debrah T. Reid v. Merck & Co., Inc. | 05-6827 |
| TNM 3 05-959 | Roger G. Cope v. Merck & Co., Inc., et al. | 05-6828 |

TENNESSEE WESTERN

| TNW 1 05-1328 | James Michaels, et al. v. Merck & Co., Inc., et al. | 05-6829 |
|---|---|---|
| TNW 1 05-1334 | Brenda C. Derryberry, et al. v. Merck & Co., Inc., et al. | 05-6830 |
| TNW 1 05-1335 | Carolyn Vaughan, et al. v. Merck & Co., Inc., et al. | 05-6831 |
| TNW 1 05-1343 | Celia Golliver, etc. v. Ure Agadaga, et al. | 05-6832 |
| TNW 1 05-1344 | Janice Beal, etc. v. Merck & Co., Inc., et al. | 05-6833 |
| TNW 2 05-2829 | Rodney Ward, et al. v. Merck & Co., Inc. | 05-6834 |
| TNW 2 05-2830 | Ola Looney v. Merck & Co., Inc., et al. | 05-6835 |

TEXAS EASTERN

| TXE 1 05-573 | HARPER v. Merck & Co. Inc. | 05-6836 |
|---|---|---|
| TXE 1 05-675 | Alberta Cowart, etc., v. Merck & Co., Inc., et al. | 05-6837 |

TEXAS NORTHERN

| TXN 4 05-725 | Carmen Flores, etc. v. Merck & Co., Inc. | 05-6838 |
|---|---|---|

TEXAS SOUTHERN

| TXS 1 05-281 | Carolyn Lyttle, et al. v. Merck & Co., Inc. | 05-6839 |
|---|---|---|
| TXS 3 05-601 | Henry S. Hill v. Merck & Co., Inc., et al. | 05-6840 |
| TXS 4 05-3785 | Willia C. DeBose v. Merck & Co., Inc., et al. | 05-6841 |
| TXS 4 05-3786 | Lanita Lewis v. Merck & Co., Inc., et al. | 05-6842 |
| ~~TXS 4 05-3821~~ | ~~Terry Frisby v. Merck & Co., Inc., et al.~~ Opposed 12/22/05 | |

WASHINGTON WESTERN

| WAW 2 05-1703 | Joseph Anderson, etc. v. Merck & Co., Inc. | 05-6843 |
|---|---|---|
| WAW 2 05-1855 | Alice M. Pleasant v. Merck & Co., Inc. | 05-6844 |
| WAW 2 05-1867 | Michelle Deebach, et al. v. Merck & Co., Inc. | 05-6845 |
| WAW 2 05-1906 | Genevieve Whitacre, etc. v. Merck & Co., Inc. | 05-6846 |